UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)

LEE M. PERLMAN
Attorney at Law
1926 Greentree Road, Suite 100
Cherry Hill, New Jersey 08003
(856) 751-4224

In Re:

Melissa M. Halfpenny

Case No.: 19-30462

Judge: ABA

Chapter: 13

## CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION TO

☑ CREDITOR'S MOTION or CERTIFICATION OF DEFAULT

☐ TRUSTEE'S MOTION or CERTIFICATION OF DEFAULT

The debtor in the above-captioned chapter 13 proceeding hereby objects to the following **(choose one)**:

1. ☑   Motion for Relief from the Automatic Stay filed
   by _____ Wilmington Trust, NA _____ , creditor,

A hearing has been scheduled for ___ March 31, 2020 ___ , at ___ 10:00 ___ a.m.

OR

☐   Motion to Dismiss filed by the Standing Chapter 13 Trustee.

A hearing has been scheduled for _____ , at _____ __m.

☐ .  Certification of Default filed by _____ , creditor,

I am requesting a hearing be scheduled on this matter.

OR

☐   Certification of Default filed by Standing Chapter 13 Trustee

I am requesting a hearing be scheduled on this matter.

2. I am objecting to the above for the following reasons (choose one):

   ☐ Payments have been made in the amount of $ _____, but have not been accounted for. Documentation in support is attached hereto.

   ☐ Payments have not been made for the following reasons and debtor proposes repayment as follows (explain your answer): _____
   _____
   _____

   ☑ Other (explain your answer): There is short sale pending and we will file a Motion for Approval of Sale _____

3. This certification is being made in an effort to resolve the issues raised by the creditor in its motion.

4. I certify under penalty of perjury that the foregoing is true and correct.

Date: 3/16/2020                         _____
                                        Debtor's Signature

Date: _____                   _____
                                        Debtor's Signature

**NOTE:**

1. This form must be filed with the court and served upon the Standing Chapter 13 Trustee and creditor at least seven (7) days before the return date pursuant to D.N.J. LBR 9013-1(d), if filed in opposition to a *Motion for Relief from the Automatic Stay or Trustee's Motion to Dismiss.*

2. This form must be filed with the court and served upon the Standing Chapter 13 Trustee and creditor within ten (10) days of the filing of a *Creditor's Certification of Default* (under an *Order Resolving Motion to Vacate Stay and/or Dismiss with Conditions)* or a *Trustee's Certification of Default.*

**If this form is not filed the Motion or Certification of Default will be deemed uncontested and no hearing will be scheduled.**

*Local Form 23. rev.6/20/06.jml*

2. I am objecting to the above for the following reasons **(choose one)**:

    ☐ Payments have been made in the amount of $ _____, but have not been accounted for. Documentation in support is attached hereto.

    ☐ Payments have not been made for the following reasons and debtor proposes repayment as follows **(explain your answer)**: _____
    _____
    _____

    ☑ Other **(explain your answer)**:  There is short sale pending and we will  file a Motion for Approval of Sale

3. This certification is being made in an effort to resolve the issues raised by the creditor in its motion.

4. I certify under penalty of perjury that the foregoing is true and correct.

Date: 3/16/2020

_Melissa M Halfpenny_
Debtor's Signature

Date: _____

_____
Debtor's Signature

**NOTE:**

1. This form must be filed with the court and served upon the Standing Chapter 13 Trustee and creditor at least seven (7) days before the return date pursuant to D.N.J. LBR 9013-1(d), if filed in opposition to a *Motion for Relief from the Automatic Stay or Trustee's Motion to Dismiss.*

2. This form must be filed with the court and served upon the Standing Chapter 13 Trustee and creditor within ten (10) days of the filing of a *Creditor's Certification of Default* (under an *Order Resolving Motion to Vacate Stay and/or Dismiss with Conditions*) or a *Trustee's Certification of Default.*

**If this form is not filed the Motion or Certification of Default will be deemed uncontested and no hearing will be scheduled.**

*Local Form 23. rev.6/20/06.jml*