UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In Re: | Case No.: | 19-30462 |
| Melissa Halfpenny | Chapter: | 13 |
| | Judge: | ABA |

### NOTICE OF PROPOSED PRIVATE SALE

_____Melissa Halfpenny_____, _____the debtor(s)_____, in this case proposes to sell property of the estate to the persons and on the terms described below. If you object to the sale, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party listed below not later than 7 days before the hearing date.

Address of the Clerk: 401 Cooper Street, Camden, NJ, 4B

If an objection is filed, a hearing will be held before the Honorable _____Jerrold N. Poslusny_____ on _____11/30/2021_____ at _____10_____ a.m. at the United States Bankruptcy Court, courtroom no. ___4B___, _____401 Cooper Street, Camden, NJ_____. (Hearing date must be at least 28 days from the date of this notice). If no objection to the sale is filed, the clerk will enter a Certification of No Objection and the sale will be held as proposed.

Description of property to be sold: 936 Pleasure Avenue, Ocean City, New Jersey 08226

Proposed Purchaser: Leo J. Karwejna

Sale price: $560,000.00

☒ Pursuant to D.N.J. LBR 6004-5, I request to pay the real estate broker and/or real estate attorney at closing on the terms set forth below.

Name of Professional: John Walton
Amount to be paid: 6% of Sale price - to be split evenly between listing agent and buyers agent
Services rendered: Legal Representation for the sale of 936 Pleasure Avenue, Ocean City, New Jersey 08226

Higher and better offers will be received. They must be in writing and filed with the clerk not later than 7 days before the hearing date set forth above.

Objections must be served on, and requests for additional information directed to:

Name: Lee M. Perlman, Esquire

Address: 1926 Greentree Road, Suite 100, Cherry Hill, New Jersey 08003

Telephone No.: 856-751-4224

*rev.8/1/15*

United States Bankruptcy Court

District of New Jersey

In re:  
Melissa M. Halfpenny  
    Debtor

Case No. 19-30462-ABA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 2  
Date Rcvd: Nov 02, 2021      Form ID: pdf905      Total Noticed: 23

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 04, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Melissa M. Halfpenny, 1602 Sheridan Lane, Jeffersonville, PA 19403-3337 |
| r | + | John Walton, Keller Williams Jersey Shore, 1 Atlantic Avenue, Ocean City, NJ 08226-4322 |
| cr | + | Rushmore Loan Management Services, LLC as servicer, Friedman Vartolo LLP, 1325 Franklin Avenue, Suite 160, Garden City, NY 11530-1631 |
| 518653956 | + | All Claims Adjusters LLC, 16 Hartford Lane, Newtown, PA 18940-1670 |
| 518539321 | + | All Claims Adjusters LLC, 118 N State St, Newtown, PA 18940-2058 |
| 518671882 | + | PA Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 519218687 | + | PRPM 2021-3, LLC, Rushmore Loan Management Services, P.O. Box 55004, Irvine, CA 92619-5004 |
| 519218688 | + | PRPM 2021-3, LLC, Rushmore Loan Management Services, P.O. Box 55004, Irvine, CA 92619-2708, PRPM 2021-3, LLC Rushmore Loan Management Services 92619-5004 |
| 518539325 | + | Select Portfolio Servicing, Inc, Attn: Bankruptcy, Po Box 65250, Salt Lake City, UT 84165-0250 |
| 519325696 | + | U.S. Bank Trust National Association, as, Trustee of the LB-Cabana Series IV Trust, Rushmore Loan Management Services, P.O. Box 55004, Irvine, CA 92619-5004 |
| 519325697 | + | U.S. Bank Trust National Association, as, Trustee of the LB-Cabana Series IV Trust, Rushmore Loan Management Services, P.O. Box 55004, Irvine, CA 92619-2708 U.S. Bank Trust National Association, as 92619-500 |
| 518574010 | | Wells Fargo Bank, N.A., Default Document Processing, MAC# N9286-01Y , 1000 Blue Gentian Road, Eagan MN 55121-7700 |
| 518539327 | | Wells Fargo Home Mortgage, Attn: Written Correspondence/Bankruptcy, Mac#2302-04e Pob 10335, Des Moines, IA 50306 |
| 519262803 | + | West Norriton Township, James R. Wood, Esquire, Portnoff Law Associates, Ltd., 2700 Horizon Drive, Suite 100, King of Prussia, PA 19406-2726 |
| 519262300 | + | West Norriton Township, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| 519262297 | + | West Norriton Township, c/o James R. Wood, Esquire, 2700 Horizon Drive, Suite 100, King of Prussia, PA 19406-2726 |
| 518650854 | | Wilmington Trust, NA et. al,, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |

TOTAL: 17

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Nov 02 2021 20:30:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Nov 02 2021 20:30:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518539322 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Nov 02 2021 20:30:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 518539324 | + | Email/Text: bnc@nordstrom.com | Nov 02 2021 20:30:05 | Nordstrom FSB, Attn: Bankruptcy, Po Box 6555, Englewood, CO 80155-6555 |
| 518544054 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 02 2021 20:32:08 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518539326 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 02 2021 20:32:15 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |

TOTAL: 6

| District/off: 0312-1 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Nov 02, 2021 | Form ID: pdf905 | Total Noticed: 23 |

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Rushmore Loan Management Services, LLC as servicer, Friedman Vartolo, LLP, 1325 Franklin Ave., Suite 160, Garden City, NY 11530-1631 |
| 518539323 | ##+ | KML Law Group, 216 Haddon Avenue Suite 406, Collingswood, NJ 08108-2812 |

TOTAL: 0 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 04, 2021    Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 2, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Wilmington Trust NA, successor trustee to Citibank, N.A., as Trustee f/b/o holders of Structured Asset Mortgage Investments II Inc., Bear Stearns ALT-A Trust 2006-5, Mortgage Pass-Through Certificate dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Elizabeth L. Wassall | on behalf of Creditor WELLS FARGO BANK N.A. ewassall@logs.com, njbankruptcynotifications@logs.com;logsecf@logs.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Jonathan C. Schwalb | on behalf of Creditor Rushmore Loan Management Services LLC as servicer for U.S. Bank Trust National Association, as Trustee of the LB-Cabana Series IV Trust bankruptcy@friedmanvartolo.com |
| Jonathan C. Schwalb | on behalf of Creditor Rushmore Loan Management Services LLC as servicer for PRPM 2021-3, LLC bankruptcy@friedmanvartolo.com |
| Kevin Gordon McDonald | on behalf of Creditor Wilmington Trust NA, successor trustee to Citibank, N.A., as Trustee f/b/o holders of Structured Asset Mortgage Investments II Inc., Bear Stearns ALT-A Trust 2006-5, Mortgage Pass-Through Certificate kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Lee Martin Perlman | on behalf of Debtor Melissa M. Halfpenny ecf@newjerseybankruptcy.com mcdoherty@ecf.courtdrive.com;hspivak@ecf.courtdrive.com |
| Rebecca Ann Solarz | on behalf of Creditor Wilmington Trust NA, successor trustee to Citibank, N.A., as Trustee f/b/o holders of Structured Asset Mortgage Investments II Inc., Bear Stearns ALT-A Trust 2006-5, Mortgage Pass-Through Certificate rsolarz@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 10