UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

LAW OFFICES OF LEE M. PERLMAN
Lee M. Perlman, Esquire
1926 Greentree Road, Suite 100
Cherry Hill, NJ 08003
856-751-4224

**Order Filed on November 19, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Melissa Halfpenny

Case No.: _____19-30462_____

Judge: _____ABA_____

Chapter: _____13_____

Recommended Local Form:   ☐ Followed   ☐ Modified

**ORDER AUTHORIZING
RETENTION OF** _Special Counsel_____

The relief set forth on the following pages, numbered two (2) and three (3) is hereby
**ORDERED**.

**DATED: November 19, 2021**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

In re:  Melissa Halfpenny, debtor

Case No.:  19-30462 ABA

Applicant:  Melissa Halfpenny, debtor

(check all that apply) ☐  Trustee:  ☐  Chap. 7          ☐  Chap. 11          ☐  Chap. 13.

☑  Debtor:  ☐  Chap. 11          ☑  Chap. 13

☐  Official Committee of _____

Name of Professional:  Jon D. Batastini, Esq.

Address of Professional:  Garrett & Batastini PA

3318A Simpson Avenue

Ocean City, New Jersey 08226

_____

☐  Attorney for (check all that apply):

☐  Trustee   ☐  Debtor-in-Possession

☐  Official Committee of _____

☐  Accountant for:

☐  Trustee   ☐  Debtor-in-Possession

☐  Official Committee of _____

☑  Other Professional:

☐  Realtor   ☐  Appraiser   ☑  Special Counsel   ☐  Auctioneer

☐  Other (specify): _____

---

Upon the applicant's request for authorization to retain the professional named above,

It is hereby ORDERED as follows:

1.      The applicant is authorized to retain the above party in the professional capacity
noted.

2

2.      Compensation shall be paid in such amounts as may be allowed by the Court upon proper application(s) therefor.

3.      The effective date of the retention is the date the application was filed with the Court.

*Rev. 6/1/06; jml*

United States Bankruptcy Court

District of New Jersey

In re:                                                                                     Case No. 19-30462-ABA

Melissa M. Halfpenny                                                                        Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1                          User: admin                                 Page 1 of 2

Date Rcvd: Nov 19, 2021                       Form ID: pdf903                             Total Noticed: 2

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 21, 2021:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | + | Melissa M. Halfpenny, 1602 Sheridan Lane, Jeffersonville, PA 19403-3337 |
| aty | | Jon D Batastini, Garrett & Batastini PA, 3318A Simpson Ave, Ocean City, NJ 08226 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 21, 2021                    Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 19, 2021 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Denise E. Carlon | on behalf of Creditor Wilmington Trust  NA, successor trustee to Citibank, N.A., as Trustee f/b/o holders of Structured Asset Mortgage Investments II Inc., Bear Stearns ALT-A Trust 2006-5, Mortgage Pass-Through Certificate dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Elizabeth L. Wassall | on behalf of Creditor WELLS FARGO BANK  N.A. ewassall@logs.com, njbankruptcynotifications@logs.com;logsecf@logs.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Jonathan C. Schwalb | on behalf of Creditor Rushmore Loan Management Services  LLC as servicer for U.S. Bank Trust National Association, as |

Trustee of the LB-Cabana Series IV Trust bankruptcy@friedmanvartolo.com

Jonathan C. Schwalb

on behalf of Creditor Rushmore Loan Management Services  LLC as servicer for PRPM 2021-3, LLC
bankruptcy@friedmanvartolo.com

Kevin Gordon McDonald

on behalf of Creditor Wilmington Trust  NA, successor trustee to Citibank, N.A., as Trustee f/b/o holders of Structured Asset
Mortgage Investments II Inc., Bear Stearns ALT-A Trust 2006-5, Mortgage Pass-Through Certificate
kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com

Lee Martin Perlman

on behalf of Debtor Melissa M. Halfpenny ecf@newjerseybankruptcy.com
mcdoherty@ecf.courtdrive.com;hspivak@ecf.courtdrive.com

Rebecca Ann Solarz

on behalf of Creditor Wilmington Trust  NA, successor trustee to Citibank, N.A., as Trustee f/b/o holders of Structured Asset
Mortgage Investments II Inc., Bear Stearns ALT-A Trust 2006-5, Mortgage Pass-Through Certificate rsolarz@kmllawgroup.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 10