Form loccrtno – loccrtnov27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 19–30462–ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Melissa M. Halfpenny
aka Melissa A. McLaughlin
1602 Sheridan Lane
Jeffersonville, PA 19403

Social Security No.:
xxx–xx–4088

Employer's Tax I.D. No.:

## CERTIFICATION OF NO OBJECTION

    I <u>Linda Martin</u> , Deputy Clerk hereby certify that there have been no objections filed relative to the Notice of Proposed Private Sale:

Description of Property (if applicable):

936 Pleasure Avenue, Ocean City, New Jersey 08226

Dated: November 24, 2021
JAN: lgr

Jeanne Naughton
Clerk