UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Jonathan Schwalb, Esq.
Friedman Vartolo LLP
85 Broad Street, Suite 501
New York, New York 10004
P: (212) 471-5100
Bankruptcy@FriedmanVartolo.com
Attorneys for Rushmore Loan Management Services as servicer for U.S. Bank Trust National Association, as Trustee of the LB-Cabana Series IV Trust

In Re:

Melissa M. Halfpenny aka Melissa A. McLaughlin

Case No.:    19-30462

Chapter:    13

Hearing Date:    04/05/2022

Judge:    Andrew B. Altenburg

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled          ☐ Withdrawn

Matter: Motion for Relief filed on October 12, 2021 (docket number 51) should be marked COTBS.

Date: 04/04/2022

/s/ Jonathan Schwalb
Signature

*rev.8/1/15*